## **Important Privacy Notice**

REC'D AUG -3

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Christopher Coe_

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_Bridgecrest/DriveTime_
_7300 E. Hampton Ave_
_Suite 101_

_Mesa AZ_
_85209_

_&_

_International Recovery_
_Systems_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name                _Christopher Coe_
            Street Address      _879 N Brooklyn Street_
            County, City        _Philadelphia_
            State & Zip Code    _PA 19104_
            Telephone Number    _215 758 6309_

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Ernest Garcia II
Street Address: 7300 E. Hampton Ave suit 101
County, City: Mesa
State & Zip Code: AZ 85209

Defendant No. 2
Name: BridgeCrest Acceptance Corp.
Street Address: 7300 E. Hampton Ave suit 101
County, City: Mesa
State & Zip Code: AZ 85209

Defendant No. 3
Name: Jermey Cross
Street Address: 805 W 2nd St
County, City: Chester
State & Zip Code: PA 19013

Defendant No. 4
Name: International Recovery Systems
Street Address: 805 W 2nd St
County, City: Chester
State & Zip Code: PA 19013

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ◌ Federal Questions       ◌ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? FDCPA Violations - Misleading Representation, Unfair Practices. Securities Fraud 31 CFR 328

Rev. 10/2009                                   - 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Pennsylvania__

Defendant(s) state(s) of citizenship __Arizona__

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __My home__

B. What date and approximate time did the events giving rise to your claim(s) occur? __7/27/2023 between 1am - 6am__

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

C. Facts: Bridgecrest never provided monthly statements of investment activity, never completed a welcome call, nor did give imediate notice after the seizure of my property per PA law. Bridgecrest also collects under multiple names causing confusion amongst consumers and investors. On 7/18/2023 Bridgecrest recieved an Endorsed Offered Note as a Marketable Security from me the listed Noteholder and registered owner. They refused to accept the Note violating their agreement with the SEC. On 7/27/2023 Bridgecrest hired International Recovery Systems to seize my property due to non payment of an alledged debt. Bridgecrest refuses to use the mentioned Reserve Account with in their SEC Agreement that was made with their Indenture Trustee for the benefit of me as a Noteholder to offset the alledged debt. Bridgecrest also stated multiple times that they are a debt collector and the communication was an attempt to collect a debt.

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The injuries recieved are missing property as well as defamation of chareter, as one of the agents I spoke to on 7/27/2023 read the note on my account with Bridgecrest as soverign citizen responses. This is a pure insult and direct defamation of my character as a Consumer. The notes left in reference to me on that account are a danger to my wellbeing as well as my surounding family members.

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking $Five Million Dollers for the defamation of my character as well as the imediate return of my property.

In addition I would like to recieve all due compensation for the violation of my rights as a consumer pursuant to the FDCPA.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __August__, 20__23__.

Signature of Plaintiff __Christian Cox__
Mailing Address __879 Brooklyn Street__
__Philadelphia PA 19104__

Telephone Number __215 758 6300__
Fax Number *(if you have one)* _____
E-mail Address __Cicobooking@gmail.com__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____



Bridgecrest
PO Box 29018
Phoenix, AZ 85038
800-965-8029

9207 1901 0802 0003 5222 34

07-27-2023

*Recieved 8/2/23*
*Was not Delivery overnight*

CHRISTOPHER COE   S1-32 - 1
872 N BROOKLYN ST
PHILADELPHIA PA  19104-1443

*Violation 15 USC 1692e(4)*

## NOTICE OF DISPOSITION AND OUR PLAN TO SELL PROPERTY

RE:    Credit Transaction
Account Number:   500000041501
Vehicle Description:   2019 DODGE CHARGER
VIN:    2C3CDXBG0KH760212

We have your property described above, because you broke promises in our agreement.  The motor vehicle is being stored at MANHEIM PHILADELPHIA 2280 BETHLEHEM PIKE, HATFIELD, PA 19440.

We will sell the vehicle described above at private sale sometime after 2023-08-12.  A sale could include a lease or license.

The money that we get from the sale (after paying our costs) will reduce the amount you owe.  If we get less money than you owe, you will still owe us the difference.  If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the property back within 15 days from the date of this notice or at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses.  As of the date of this notice, you must pay the following amounts to redeem the motor vehicle:

| | |
|---|---:|
| Principal Balance: | $28872.80 |
| Accrued Interest: | $1760.00 |
| Total Late Charges: | $10.00 |
| Retaking Charges: | $400.00 |
| Repairing Charges: | $0.00 |
| Storage Charges: | $0.00 |
| Other Amounts Owed Under the Contract: | $0.00 |
| Credit for Unearned Finance Charge: | $0.00 |
| **TOTAL DUE TO REDEEM:** | $31042.80 |

These amounts reflect what you must pay to redeem the motor vehicle as of the date of this notice.  This amount may increase the longer you wait.  To learn the exact amount you must pay to redeem the motor vehicle, call James Grzyb or the Reinstatement and Redemption Department at 800-967-9712 or write us at PO Box 29018 Phoenix, AZ 85038.

To redeem the motor vehicle, you must submit payment made payable to Bridgecrest in the amount of the TOTAL DUE TO REDEEM listed above. Please send your payment to James Grzyb or the Reinstatement and Redemption Department at Bridgecrest at PO Box 29018 Phoenix, AZ 85038 or call us at 800-967-9712 to discuss other payment options.

**IMPORTANT BANKRUPTCY NOTICE:**  If either you, your spouse, or anyone who is liable for this debt has filed bankruptcy, please contact us immediately at the number listed above to provide information regarding the bankruptcy case(s).  If either you, your spouse, or anyone who is liable for this debt has filed for bankruptcy, we may be stayed from selling the repossessed collateral and from attempting to collect any debt from you.  If you receive a bankruptcy discharge of your debts in the bankruptcy case, this notice is not an attempt to collect a debt and is for informational purposes only.  We may, however, seek to enforce any existing security interests and liens against the repossessed collateral and other property that serves as collateral.  We will continue to proceed in accordance with all applicable laws and agreements.  This Notice of Disposition is for the purpose of complying with Article 9 of the Uniform Commercial Code and all applicable laws and agreements.

S1

**THIS IS AN ATTEMPT TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
NOI-PA                                                                1                                                            Rev. 05/2022

We would also like to give you the opportunity to reinstate your contract and get your vehicle back within 15 days from the date of this notice by paying the amount due at the time of the repossession (excluding any amount that would not be due except for an acceleration provision) and the actual and reasonable expenses incurred as a result of the retaking, repairing, and storing of the property. As of the date of this notice, the amount you must pay to reinstate your contract is as follows:

| | |
|---|---|
| Past Due Payments: | $2124.75 |
| Unpaid Interest Due: | $1760.00 |
| Unpaid Late Charges: | $10.00 |
| Retaking Charges: | $400.00 |
| Repairing Charges: | $0.00 |
| Storage Charges: | $0.00 |
| **TOTAL DUE TO REINSTATE:** | $4294.75 |

These amounts reflect what you must pay to reinstate your contract and get your vehicle back as of the date of this notice. This amount may increase the longer you wait. To learn the exact amount you must pay to reinstate our agreement and any other actions you must take to cure other defaults under the contract, call James Grzyb or the Reinstatement and Redemption Department at 800-967-9712 or write us at PO Box 29018 Phoenix, AZ 85038.

To reinstate the contract, you must submit payment made payable to Bridgecrest in the amount of the TOTAL DUE TO REINSTATE listed above. Please send your payment to James Grzyb or the Reinstatement and Redemption Department at Bridgecrest at PO Box 29018 Phoenix, AZ 85038 or call us at 800-967-9712 to discuss other payment options.

Any personal property left in the repossessed vehicle will be held for thirty (30) days from the date of this notice. The personal property may be reclaimed within this thirty (30) day time period. Thereafter the property may be disposed of in the same manner as the motor vehicle and other collateral.

If you want us to explain to you in writing how we have figured the amount that you owe us, you may call James Grzyb or the Reinstatement and Redemption Department at Bridgecrest at 800-967-9712 or write us at PO Box 29018 Phoenix, AZ 85038 and request a written explanation. We will charge you $0.00 for the explanation if we sent you another written explanation of the amount you owe us within the last six months.

If you need more information about the sale call us at 800-967-9712 or write us at PO Box 29018 Phoenix, AZ 85038.

We are sending this notice to the following other people who have an interest in the vehicle described above or who owe money under your agreement:

None

Sincerely,

Bridgecrest

**IMPORTANT BANKRUPTCY NOTICE:** If either you, your spouse, or anyone who is liable for this debt has filed bankruptcy, please contact us immediately at the number listed above to provide information regarding the bankruptcy case(s). If either you, your spouse, or anyone who is liable for this debt has filed for bankruptcy, we may be stayed from selling the repossessed collateral and from attempting to collect any debt from you. If you receive a bankruptcy discharge of your debts in the bankruptcy case, this notice is not an attempt to collect a debt and is for informational purposes only. We may, however, seek to enforce any existing security interests and liens against the repossessed collateral and other property that serves as collateral. We will continue to proceed in accordance with all applicable laws and agreements. This Notice of Disposition is for the purpose of complying with Article 9 of the Uniform Commercial Code and all applicable laws and agreements.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**